# Appendix A

**Appendix A: Comparison of Parties' Claim Construction Positions**

I.   **U.S. Pat. 8,630,279**

| #[1] | '279 claim term or phrase [claim(s)] | Howlink | Defendants |
|---|---|---|---|
| 1 | "downlink signal" [claim 1] | signal transmitted from a base station to a mobile station | no construction necessary; plain and ordinary meaning |
| 2 | "synchronization durations within a downlink frame" [claims 1, 7, 13, 19, and 25] | periods of time within a downlink frame during which synchronization signals are transmitted | no construction necessary; plain and ordinary meaning |
| 3 | "formed by a concatenation of a first cell identification code and a second cell identification code" "formed by a concatenation of the second cell identification code and the first cell identification code" [claims 1, 7, 13, 19, and 25] | formed by an arrangement that combines a first cell identification code and a second cell identification code formed by an arrangement that combines the second cell identification code and the first cell identification code | no construction necessary; plain and ordinary meaning |
| 4 | "a cell identifier for obtaining cell identification information based on at least one of the plurality of unique cell identification code groups" [claim 13] | not governed by § 112, ¶ 6; no construction necessary | Governed by § 112, ¶ 6: <br>• Function: obtaining cell identification information <br>• Structure: indefinite |

_____

[1] The item numbers in this column and the corresponding columns below refer to the subsections of Plaintiff's brief that address the term or phrase.

**Appendix A: Comparison of Parties' Claim Construction Positions**

| #[1] | '279 claim term or phrase [claim(s)] | Howlink | Defendants |
|---|---|---|---|
| 5a | "a generator for generating a plurality of unique cell identification code groups"<br><br>[claim 19] | not governed by § 112, ¶ 6; no construction necessary | Governed by § 112, ¶ 6:<br>• Function:  generating a plurality of unique cell identification code groups;<br>• Structure:  indefinite |
| 5b | "an applier for allocating the plurality of unique cell identification code groups to a plurality of synchronization durations within a downlink frame, respectively"<br><br>[claim 19] | not governed by § 112, ¶ 6; no construction necessary | Governed by § 112, ¶ 6:<br>• Function:  allocating the plurality of unique cell identification code groups to a plurality of synchronization durations within a downlink frame, respectively;<br>• Structure:  indefinite |
| 6 | "first carrier group" and<br><br>"second carrier group"<br><br>[claims 3, 4, 15, 16, 21, 22] | first group of radio frequencies<br><br>second group of radio frequencies | Indefinite |

**Appendix A: Comparison of Parties' Claim Construction Positions**

**II.      US Pat. RE46,415**

| # | '415 claim term or phrase [claim(s)] | Howlink | Defendants |
|---|---|---|---|
| 1 | "call signal"<br><br>[claim 1] | telecommunications signal containing a voice or data communication | no construction necessary; plain and ordinary meaning |
| 2a | "BSC matching unit (BSCMU)…"<br><br>[claims 1, 17, 19]<br><br>"base station controller matching unit (BSCMU)…"<br><br>[claims 16, 18] | not governed by § 112, ¶ 6; no construction necessary | "BSC matching unit (BSCMU)…"<br><br>Governed by § 112, ¶ 6:<br>• Function:  (i) convert a first dedicated-line data signal transmitted by  the  BSC into a first set of IP packets, and (ii) convert a second set of IP packets into a second dedicated-line data signal to be transmitted to the BSC<br>• Structure: elements  of  E1 matching unit 100, specifically the E1/T1 receiver, E1/T1  converter 130, controller 120, as shown  in  Fig.  5  and  as  described at 6:64-7:1 of the '415 Patent,  and equivalents thereof<br><br>"base station controller matching unit (BSCMU)…"<br><br>Governed by § 112, ¶ 6:<br>Function:  (i) receiving an IP signal and outputting a second dedicated- line data signal, (ii) convert an IPsignal into a second dedicated- line data signal  to  be transmitted to the BSC |

**Appendix A: Comparison of Parties' Claim Construction Positions**

| # | '415 claim term or phrase [claim(s)] | Howlink | Defendants |
|---|---|---|---|
| | | | • Structure: elements of E1 matching unit 100 as shown in Fig. 5, specifically E1/T1 receiver 110, controller 120, E1/T1 converter 130, and IP interface 140, as described at 6:64-7:1 of the '415 Patent, and equivalents |
| 2b | "BTS matching unit (BTSMU)…" <br><br> [Claims 1, 16, 18] <br><br> "base transceiver station matching unit (BTSMU)…" <br><br> [claims 17, 19] | not governed by § 112, ¶ 6; no construction necessary | "BTS matching unit (BTSMU)…" <br><br> Governed by § 112, ¶ 6: <br> • Function:  (i) input one of an Internet protocol (IP) signal and a dedicated-line data signal and output the other signal; (ii) communicate the dedicated-line data signal with the BTS via the first dedicated line; and (iii) communicate the IP signal with a base station controller (BSC) matching unit (BSCMU) via an IP network <br> • Structure:  IP matching unit 200 as shown in Fig. 4, specifically IP interface 210, IP packet converter 240, Controller 220, and E1/T1 transmitter 250 as described at 6:30-53 of the '415 Patent, and equivalents thereof |

**Appendix A: Comparison of Parties' Claim Construction Positions**

| # | '415 claim term or phrase [claim(s)] | Howlink | Defendants |
|---|---|---|---|
| | | | "base transceiver station matching unit (BTSMU)…" <br><br> Governed by § 112, ¶ 6: <br> Function: (i) receiving an IP signal and outputting a second dedicated- line data signal, (ii) convert an IP signal into a second dedicated- line data signal to be transmitted to the BSC <br><br> • Structure: elements of E1 matching unit 100 as shown in Fig. 5, specifically E1/T1 receiver 110, controller 120, E1/T1 converter 130, and IP interface 140, as described at 6:64-7:1 of the '415 Patent, and equivalents |
| 2c | "at the BTSMU, receiving one of an Internet protocol (IP) signal and a dedicated-line data signal and outputting the other signal, wherein the BTSMU is configured to i) communicate the dedicated-line data signal with the BTS via the first dedicated line and ii) communicate the IP signal with a base station controller matching unit (BSCMU) via an IP network" <br><br> [claim 18] | not governed by § 112, ¶ 6; no construction necessary | Governed by § 112, ¶ 6: <br> • Function: (i) receiving one of an Internet protocol (IP) signal and a dedicated- line data signal and outputting the other signal, (ii) communicate the dedicated-line data signal with the BTS via the first dedicated line, and (iii) communicate the IP signal with a base station controller (BSC) matching unit (BSCMU) via an IP network <br><br> • Structure: IP matching unit 200 as shown in Fig. 4, specifically IP interface 210, IP packet converter 240, controller 220, and |

**Appendix A: Comparison of Parties' Claim Construction Positions**

| # | '415 claim term or phrase [claim(s)] | Howlink | Defendants |
|---|---|---|---|
| | | | E1/T1 transmitter 250 as described at 6:30-53 of the '415 Patent, and equivalents thereof |
| 3 | "an IP address controller configured to maintain an IP address of the IP network" [claims 8, 14] | memory that stores or maintains an IP address of the IP line | no construction necessary; plain and ordinary meaning |
| 4 | "a buffer state monitor configured to produce buffer state data relative to a current state and a maximum storing capacity of the buffer to be transmitted to the BSCMU" [claim 21] a buffer state monitor configured to produce buffer state data relative to a current state and a maximum storing capacity of the buffer to be transmitted to the BTSMU" [claim 23] | not governed by Section 112, ¶ 6; No construction necessary | Governed by Section 112, ¶ 6.<br>• Function: produce buffer state data relative to a current state and a maximum storing capacity of the buffer to be transmitted to the [BSCMU/BTSMU]<br>• Structure: indefinite |

**Appendix A: Comparison of Parties' Claim Construction Positions**

| # | '415 claim term or phrase [claim(s)] | Howlink | Defendants |
|---|---|---|---|
| 5 | "an IP interface configured to communicate the first and second set of IP packets with the BTSMU"<br><br>[claim 4]<br><br>"an IP interface configured to communicate the first and second set of IP packets with the BSCMU"<br><br>[claim 10] | not governed by Section 112, ¶ 6;<br><br>No construction necessary | Governed by Section 112, ¶ 6.<br>• Function: communicate the first and second set of IP packets with the [BTSMU/BSCMU]<br>• Structure: IP interface 140 as described at 7:1-2 of the '415 Patent, and equivalents thereof |

**Appendix A: Comparison of Parties' Claim Construction Positions**

### III.    U.S. Pat. 9,596,576

| # | '576 claim term / phrase [claim(s)] | Howlink | Defendants |
|---|---|---|---|
| 1 | "A method for providing different levels of service by a femtocell base station according to a subscription status of user equipment…"<br><br>[claims 1, 15] | Not limiting; no construction necessary except for the term "femtocell base station" (which is addressed below) | Limiting |
| 2 | "femtocell base station"<br><br>[all claims, directly or indirectly] | small cellular base station | a customer-premises equipment that connects a 3GPP UE over a wireless air interface to a mobile operator's network using a broadband IP backhaul |
| 3 | "closed subscriber group (CSG)"<br><br>[(claims 1, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19] | a group of user equipment having connectivity access to a femtocell or a group of femtocells | a group of subscribers of an operator who are permitted to access one or more cells of the PLMN but which have restricted access |
| 4a | "a determination unit configured to determine whether user equipment coupled to the femtocell base station is a closed subscriber group (CSG) member or a non-CSG member based on subscription information of the user equipment"<br><br>[claims 15, 17] | not governed by Section 112, ¶ 6;<br><br>No construction necessary | For claim 15:<br><br>Governed by Section 112, ¶ 6.<br>• Function:  determine whether user equipment coupled to the femtocell base station is a closed subscriber group (CSG) member or a non-CSG member based on subscription information of the user equipment.<br>• Structure:  indefinite<br><br>For claim 17:<br><br>Governed by Section 112, ¶ 6. |

Appendix A: Comparison of Parties' Claim Construction Positions

| # | '576 claim term / phrase [claim(s)] | Howlink | Defendants |
|---|---|---|---|
| | | | • Function: collect the subscription information of the user equipment from at least one of a subscriber server and the user equipment; extract an allowed CSG list from the subscription information of the user equipment; determine the user equipment as the CSG member when the allowed CSG list includes a CSG identity of the femtocell base station; and determine the user equipment as the non-CSG member when the allowed CSG list does not include the CSG identity of the femtocell base station.<br>• Structure: indefinite |
| 4b | "an IP request unit configured to allocate a private IP address to user equipment determined as the CSG-member and to allocate a public IP address to user equipment determined as the non-CSG member"<br><br>[claims 15, 18] | not governed by Section 112, ¶ 6;<br><br>No construction necessary | For claim 15:<br><br>Governed by Section 112, ¶ 6.<br>• Function: allocate a private IP address to user equipment determined as the CSG member and to allocate a public IP address to user equipment determined as the non-CSG member<br>• Structure: indefinite<br><br>For claim 18:<br><br>Governed by Section 112, ¶ 6.<br>• Function: request a packet data network gateway to allocate the private IP address |

**Appendix A: Comparison of Parties' Claim Construction Positions**

| # | '576 claim term / phrase [claim(s)] | Howlink | Defendants |
|---|---|---|---|
| | | | to the user equipment determined as the CSG member and to allocate the public IP address to the user equipment determined as the non-CSG member; receive one of the private IP address and the public IP address from the packet data network gateway; assign the user equipment determined as the CSG member with the private IP address; and assign the user equipment determined as the non-CSG member with the public IP address<br>• Structure: indefinite |
| 4c | "packet routing unit configured to route packets"<br><br>[claim 16] | not governed by Section 112, ¶ 6;<br><br>No construction necessary | Governed by Section 112, ¶ 6.<br>• Function: Route packets having the private IP address between the user equipment determined as the CSG member and an Intranet network associated with the private IP address; and route packets having the public IP address between the user equipment determined as the non-CSG member and an Internet network associated with the public IP address<br>• Structure: indefinite |